STATE OF NEW JERSEY v. LOUIS WRIGHT.

July 14, 1972.   Petition for certification denied.

CHARLES R. MICKENDROW, JR., *ET AL.* v.
U. S. HOMES & DEVELOPMENT CORP, *ETC, ET AL.*

July 14, 1972.   Petition for certification denied.

STATE OF NEW JERSEY v. SAMMY DAVIS III.

July 14, 1972.   Petition for certification denied.

TOWN OF SECAUCUS v. BERNARD STERLING, *ET AL.*

July 14, 1972.   Petition for certification denied.

ANTHONY LOMBARDI, *ET AL. v.* BOROUGH COUNCIL OF
THE BOROUGH OF CHATHAM, *ET AL.*

July 14, 1972.   Petition and cross petition for certification denied.